Form a0nfincs
(Rev. 3/22)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *In re*: | : | |
|     Nacole Vogelsang | : | Case No. 22−52830 |
| | : | Chapter 13 |
|     *Debtor.* | : | Judge C. Kathryn Preston |
| | : | |
| SSN:    xxx−xx−6312 | : | |

**NOTICE OF FAILURE TO FILE RULE 1007(b)(7) STATEMENT**

    In accordance with Rule 5009(b) of the Federal Rules of Bankruptcy Procedure, the Clerk hereby provides notice that pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, a statement regarding completion of a course in financial management (Official Form 423) is required before an Order of Discharge can be issued. If a statement regarding the completion of a course in financial management is not filed within 30 days after the last plan payment was made or the filing of a motion for a discharge, the above captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: December 20, 2022

                                                              FOR THE COURT:
                                                              Richard B. Jones
                                                              Clerk, U.S. Bankruptcy Court